# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

THEODORE MOORE            CIVIL ACTION

VERSUS            17-191-SDD-EWD

RAMAN SINGH, ET AL.

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated August 30, 2018, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines supplemental jurisdiction relative to Plaintiff's potential state law claims. It is further ordered that the *Motion to Dismiss*[3] of Defendants, Raman Singh and Randy Lavespere, is DENIED and this matter is referred back to the Magistrate Judge for further proceedings.

Signed in Baton Rouge, Louisiana on September 20, 2018.

*/s/ Shelly Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 36.
[3] Rec. Doc. 17.