UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEODORE MOORE (#211716)

VERSUS

RAMAN SINGH, ET AL.

CIVIL ACTION

17-191-SDD-EWD

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated August 9, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Defendant's *Motion for Summary Judgment*[4] is hereby GRANTED, and this proceeding is hereby DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that Plaintiff's *Motion for Summary Judgment*[5] is hereby DENIED.

Baton Rouge, Louisiana the 29 day of August, 2019.

SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 44.
[2] Rec. Doc. 46.
[3] Rec. Doc. 48.
[4] Rec. Doc. 44.
[5] Rec. Doc. 40.